USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 0 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12 CV 7212

-------------------------------------------------------X

Michiko Stehrenberger

                Plaintiff,

-against-

JP Morgan Chase & Co.

                Defendants.

-------------------------------------------------------X

___ Civ. _____ (____)(____)

APPLICATION TO DESIGNATE
CASE AS AN ELECTRONIC
CASE FILING (ECF) MATTER

On September 20, 2012, I appeared on behalf of Michiko Stehrenberger [party]. Because all parties are now represented by counsel, I request that the Court designate this case as an Electronic Case Filing (ECF) matter.

RECEIVED COPY PRO SE OFFICE 2012 SEP 24 P 3 51

#3 UMB
U.S. DISTRICT COURT FILED SEP 2 4 2012 S.D. OF N.Y. D.S.

Michiko Stehrenberger
_____

Counsel for Plaintiff
Michiko Stehrenberger
1312 North Monroe Street, Suite #122
Spokane, Washington 99201
_____

Dated: 20_____, 2012
New York, New York

SO ORDERED:

_____
[signature]
United States District Judge

Dated: March 20, 2013
New York, New York

Copy mailed to Pro Se party.