UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
MICHIKO STEHRENBERGER, an individual, :
                                                   :    No. 12-cv-7212-AJN
                         Plaintiff,  :
                                                   :
                      - against -                    :
                                                  :
JPMORGAN CHASE & CO.,                   :
                                                  :
                          Defendant.  :
------------------------------------------------------------ x

## DEFENDANT JPMORGAN CHASE & CO.'S
## NOTICE OF MOTION TO DISMISS WITH PREJUDICE

     PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the annexed Declaration of Jeremy A. Chase and the exhibits annexed thereto, and all other pleadings and proceedings, Defendant JPMorgan Chase & Co. will move before the Honorable Alison J. Nathan, United States District Judge, Southern District of New York, on a date and time to be set by the Court, for an order pursuant to Fed. R. Civ. P. 12(b)(6) and the doctrine of res judicata dismissing the Complaint of Plaintiff Michiko Stehrenberger with prejudice.

     PLEASE TAKE FURTHER NOTICE that, pursuant to the Local Rules of United States District Courts for the Southern and Eastern Districts of New York, and Rule 6 of Judge Nathan's Special Rules of Practice in Civil Pro Se Cases, Plaintiff's answering papers, if any, shall be filed and served no later than four weeks after the service of these motion papers, and Defendant's reply papers, if any, shall be filed and served no later than two weeks after receipt of Plaintiff's opposition papers.

Dated: New York, New York
May 16, 2013

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: _____
Jeremy A. Chase

1633 Broadway 27th floor
New York, New York 10019
(212) 489-8230

*Attorney for Defendant
JPMorgan Chase & Co.*

TO: Michiko Stehrenberger
1312 North Monroe Street
Suite #122
Spokane, WA 99201
*Pro se*